

# Fourth Court of Appeals
## San Antonio, Texas

November 18, 2014

No. 04-14-00791-CV

Michael Thomas **PAUL**,
Appellant

v.

**GREG ABBOT ATTORNEY GENERAL FOR THE STATE OF TEXAS**,
Appellee

From the 225th Judicial District Court, Bexar County, Texas
Trial Court No. 2001-CI-16843
Honorable Michael E. Mery, Judge Presiding

## O R D E R

Texas Rule of Appellate Procedure 21.5(d) specifies the contents of a notice of appeal in a civil case. TEX. R. APP. P. 21.5(d). On November 10, 2014, Michael Thomas Paul filed a document in the trial court titled, "Affidavit of Appeal." Although the document might be construed as expressing Paul's desire to appeal, the document fails to comply with Texas Rule of Appellate Procedure 25.1(d) and is therefore defective. *See id.* Accordingly, Paul is ORDERED to file a notice of appeal that complies with Rule 25.1(d) **no later than 30 days from the date of this order**. *See* TEX. R. APP. P. 37.1. In the event Paul fails to comply with this order, this appeal will be dismissed. *See id.*

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of November, 2014.

_____
Keith E. Hottle
Clerk of Court